REVISED DECEMBER 5, 2008
IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 3, 2008

Charles R. Fulbruge III
Clerk

No. 07-20866

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

PRINCE ARTMAN LATOYA

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4: 06-CR-296-1

Before JONES, Chief Judge, JOLLY, Circuit Judge, and CARDONE,[*] District Judge.

PER CURIAM:[**]

This court, having carefully reviewed the parties' briefs and pertinent portions of the record in light of the parties' oral arguments, concludes there is no error in the district court's rulings that have been challenged on appeal. We therefore affirm the judgment of the district court.

AFFIRMED.

---

[*] District Judge of the Western District of Texas, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.